IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CASE NO.   03-CR-40131-RDR |
| ) | |
| GLENNARD L. HAYES, ) | |
| DEFENDANT. ) | |
| _____) | |

## ORDER GRANTING CONTINUANCE

This matter is before the court on the motion of defendant for a continuance of the Final Hearing scheduled for February 29, 2012 at 11:00 a.m.

The court finds that the facts submitted in defendant's motion serve the ends of justice, outweigh the best interest of the public and the defendant in a speedy trial and that a continuance is necessary; therefore, the defendant's motion should be granted.

**IT IS THEREFORE BY THE COURT ORDERED** that the motion of defendant, Glennard L. Hayes, for a continuance of the Final Hearing is hereby granted.  The Final Hearing shall be reset to the 15th day of March, 2012 at 10:30 a.m.  Any delay resulting from this continuance shall be deemed excludable time under provisions of the Speedy Trial Act, 18 U.S.C. section 3161(h)(7), in that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated this 1st day of March, 2012 at Topeka, Kansas.

s/Richard D. Rogers
United States District Judge

**PREPARED AND APPROVED BY:**

*/s/ Kathleen Ambrosio*
KATHLEEN AMBROSIO, #16174
AMBROSIO & AMBROSIO, CHTD.
800 SW Jackson, Suite 817
Topeka, Kansas 66612
(785) 233-0524
Fax (785) 233-6832
E-Mail: kaambrosio@yahoo.com